

FILED
CLERK, U.S. DISTRICT COURT

NOV 10 2025

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><div align="right">PLAINTIFF</div><br>v.<br><br>JAVIER BONILLA-MENJIVAR,<br><br><div align="right">DEFENDANT(S).</div> | CASE NUMBER<br><br>8:25-MJ-00903<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |

Upon motion of ___Defendant___ , IT IS ORDERED that a detention hearing is set for ___November 13, 2025___ , _____ , at ___1:00___ ☐a.m. / ☒p.m. before the Honorable ___Douglas F. McCormick___ , in Courtroom ___6B___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

<div align="center"><em>(Other custodial officer)</em></div>

Dated: ___November 10, 2025___          ___Douglas F. McCormick___
<div align="center">U.S. District Judge/Magistrate Judge</div>